IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE MORRIS,

        Petitioner,

v.

FLORIDA COMMISSION OF
OFFENDER REVIEW,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4738

Opinion filed April 9, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

George Morris, pro se, Petitioner.

Sarah J. Rumph, General Counsel, and Mark J. Hiers, Assistant General Counsel, Florida Commission of Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.